## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KWADWO HUMPHREY,                          :
                                          :
                    *Petitioner*,         :
                                          :
        v.                                :    No. 2:26-cv-01822
                                          :
JOHN E. RIFE, *et al.*,                   :
                                          :
                    *Respondents*.        :

## ORDER

AND NOW, this 20th day of March, 2026, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Dkt. 1), it is hereby ORDERED that the Warden of the Federal Detention Center, Philadelphia, shall by **March 25, 2026**, SHOW CAUSE why the writ of habeas corpus should not be granted. *See* 28 U.S.C. § 2243.

It is FURTHER ORDERED that Petitioner SHALL NOT be transferred outside of the Eastern District of Pennsylvania or removed from the United States while this Petition is pending.

The Clerk of Court is directed to serve the U.S. Attorney's Office for the Eastern District of Pennsylvania with an acceptance of service form, the Petition, and a copy of this Order.[1]

BY THE COURT:

GAIL A. WEILHEIMER, J.

---

[1]    Petitioner's Counsel should forward the Petition, along with this Order to the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.